IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No. 1:18-cv-00996

| | |
|---|---|
| MICKEY DALE SNOW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SAMUEL S. PAGE, in his official capacity | ) |
| as Sheriff of Rockingham County, and in | ) |
| his individual capacity, and | ) |
| BILLY KING, in his individual | ) |
| and official capacity, and | ) |
| LIBERTY MUTUAL INSURANCE CO., | ) |
| as Surety. | ) |
| | ) |

NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO ALL FEDERAL CLAIMS

NOW COMES the Plaintiff by and through the undersigned counsel and hereby gives Notice of a Voluntary Dismissal WITHOUT Prejudice of any and all federal claims alleged in this action against the Defendants, including but not limited, to all claims for violations of 42 U.S.C. 1983, pursuant to Rule 41(a) of the Federal Rules Civil Procedure. The remaining state tort claims against the Defendants remain, and are NOT Voluntarily Dismissed.

This the 27th day of March, 2019.

                      MARK BIBBS LAW, PLLC

By:    /s/ Mark L. Bibbs
_____
Mark L. Bibbs
Attorney for Plaintiff mickey Dale Snow
410 N. Boylan Avenue
Raleigh, North Carolina 2760
Telephone: (919) 256-3775
bibbslawgroup@gmail.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following person was served a copy of the foregoing document, Notice of Voluntary Dismissal With Prejudice, via electronic delivery through the ECF delivery and/or United States mail, delivery to the following address, postage pre-paid:

Ms. Ann C. Rowe, Esq.
*Attorney for Defendants*
DAVIS & HAMRICK, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039
E-mail: arowe@davisandhamrick.com

This the 27th day of March, 2019.

MARK BIBBS LAW, PLLC

By:
Mark L. Bibbs /s/
_____
Mark L. Bibbs
Attorney for Plaintiff Mickey Dale Snow
410 N. Boylan Avenue
Raleigh, North Carolina 27603
Telephone: (919) 256-3775
bibbslawgroup@gmail.com